UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GURGEN TKHELIDZE,<br>　　　Petitioner<br><br>V.<br><br><br>CLAIRE DOLL, ET AL.,<br>　　　Respondents | CIVIL ACTION NO. 3:17-CV-1213<br><br>(Judge Nealon)<br><br>(Magistrate Judge Mehalchick) |

## ORDER

**AND NOW, THIS 6TH DAY OF OCTOBER, 2017**, in accordance with the accompanying Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation, (Doc. 7), is **ADOPTED** in its entirety;

2. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED AS MOOT** based on Petitioner's suggestion of mootness, (Doc. 6); and

5. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
United States District Judge

FILED
SCRANTON

OCT - 6 2017

PER _____
DEPUTY CLERK